## Commonwealth *v*. Ayers, Appellant.

Before PORTER, J.

Argued December 15, 1975. *Lewis Tanner Moore,* for appellant; *William C. Turnoff, Mark Zecca, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v*. Barnes, Appellant.

Before BIUNNO, J., without a jury.

Submitted September 8, 1975. *John W. Packel,* Assistant Defender, and *Benjamin Lerner,* Defender, for appellant; *James Garrett, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.